UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21811-Civ-Scola

VAN CLEEF & ARPELS, S.A.; VAN CLEEF & ARPELS,
a division of RICHEMONT NORTH AMERICA, INC.;
CARTIER INTERNATIONAL AG; and CARTIER,
a division of RICHEMONT NORTH AMERICA, INC.,

Plaintiffs,

v.

SCOTT KING, INC. dba FLORIDA DIAMOND
BROKERS and KING JEWELERS,

Defendant.
_____/

### DEFENDANT SCOTT KING, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, Scott King, Inc., ("King") hereby respectfully moves the Court for the entry of an order granting an unopposed extension of time for King to file a response to the Complaint [ECF No. 1] served on it on May 10, 2019. The grounds for the motion are as follows:

1. On May 6, 2019, the Plaintiffs filed their Complaint, [ECF No. 1] against King, which was allegedly served on King, May 10, 2019 as indicated in the Return of Service, [ECF No. 10.1].

2. In accordance with Rule 12(a)(1) of the Federal Rules of Civil Procedure, King's response to the Complaint is due on or before May 31, 2019.

3. The Complaint involves claims under various Federal Trademark and Patent statutes and laws. With exhibits, the Complaint exceeds one hundred pages in length, and is composed of 118 numbered paragraphs exclusive of the exhibits, seeking a variety of remedies in connection with claims of considerable complexity. Due to the time required for proper analysis of the claims, investigation of the facts and law, along with the consideration of the undersigned counsel's

commitments in other matters, King and its counsel require an additional 21 days to adequately respond to the Complaint.

4. Additionally, based upon the initial communications between counsel for the respective sides which first began after the law suit was initiated, the requested enlargement of time will foster the Parties to continue their discussions toward a possible voluntary and final disposition of these legal proceedings which might otherwise be hindered with the filing of a response in haste.

5. The requested 21 day extension of time will give the Defendant up to and including June 21, 2019 to file its response to the Complaint.

6. The undersigned has conferred with Plaintiffs' counsel who indicate no objection to the requested 21 day extension of time.

7. This extension of time is sought in good faith, and is not for purposes of delay.

WHEREFORE, Defendant, Scott King, Inc., respectfully requests the entry of an unopposed order granting it an extension of time up to and including June 21, 2019 to file its response to the Complaint and for such other relief as the Court deems just and proper.

**CERTIFICATE OF CONFERRAL:** Pursuant to Local Rule 7.1(a)(3), I hereby certify that, as counsel for the movant, I have conferred with all parties or non-parties who may be affected by the relief sought in this motion and that counsel for the Plaintiffs do not object to the relief sought herein. relief sought herein.

Dated: May 23, 2019

Respectfully submitted,

**LAW OFFICES OF DAVID MOGUL**
Attorney for Defendant, Scott King, Inc.
One Boca Place – 2255 Glades Rd., Suite 324A
Boca Raton, Florida  33431
(by appointment only)
tel.: (561) 706-7467
fax: (561) 206-0527
By:      /s/ David Mogul, Esq.
    David Mogul, Esq.
    Florida Bar No.: 0360503
    AV rated Attorney
    E-Mail: mogullaw@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF, on, May 23, 2019 on all counsel or parties of record on the service list and/or alternative methods of service as provided for

s/ David Mogul, Esq.

**SERVICE LIST**

*[Via CM/ECF]*

and via email

*Attorneys for Plaintiffs*


Mark E. Stein, Esq.
MARK STEIN LAW
Mark E. Stein
Florida Bar #818666
2999 N.E. 191st Street, Suite 330 Aventura, FL. 33180
Tel: (305) 356-7550 *mark@marksteinlaw.com*

John P. Margiotta (*pro hac vice* forthcoming)
Emily Weiss (*pro hac vice* forthcoming)
FROSS ZELNICK LEHRMAN & ZISSU, P.C. 4 Times Square, 17th Floor
New York, NY 10036 Tel: (212) 813-5900 *jmargiotta@fzlz.com eweiss@fzlz.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21811-Civ-Scola

VAN CLEEF & ARPELS, S.A.; VAN CLEEF & ARPELS,
a division of RICHEMONT NORTH AMERICA, INC.;
CARTIER INTERNATIONAL AG; and CARTIER,
a division of RICHEMONT NORTH AMERICA, INC.,

Plaintiffs,

v.

SCOTT KING, INC. dba FLORIDA DIAMOND
BROKERS and KING JEWELERS,

Defendant.

_____/

### [Proposed] ORDER GRANTING UNOPPOSED MOTION OF SCOTT KING, INC. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE is before the Court on Defendant, Scott King, Inc.'s Unopposed Motion for an Extension of Time to Respond to the Complaint [ECF No. 1]. The Court having reviewed the motion and the file, and being fully advised in the premises, it is

ORDERED AND ADJUDGED that Scott King, Inc.'s Unopposed Motion for an Extension of Time to Respond to Complaint be and the same is hereby GRANTED. Defendant, Scott King, Inc, shall file its response to the Complaint on or before June 21, 2019.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida this ____ day of May 2019.

 

**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record